AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

YRONELIS SALAS

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 94- M- 79

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 23, 1994 ~~xx~~ ~~xxxxx~~y, in the Western District of New York defendant(s) did, (Track Statutory Language of Offense)

knowingly, intentionally and unlawfully distribute 50 grams or more of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A).

I further state that I am a(n) DEA Task Force Agent (Official Title) and that this complaint is based on the following facts:

See attached affidavit

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By [signature]
Clerk
Original Filed 6-24-94

FILED
U.S. DISTRICT COURT
W. D. of N.Y.
JUN 24 1994
AT ____ O'C ____ M.
BY [initials]
TITLE

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

[signature]
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 24, 1994 (Date) at Buffalo, New York (City and State)

Hon. Carol E. Heckman, US Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

**AFFIDAVIT**

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

**CELESTINE JACKSON**, being duly sworn, deposes and says:

1. I am a Police Officer with the Niagara Falls, New York Police Department and have been such for approximately the last six years. I am presently assigned to the Buffalo Drug Enforcement Administration Task Force and have been assigned to the Task Force for approximately the past two years. This affidavit is made in support of a criminal complaint against YRONELIS SALAS.

2. On June 23, 1994, at approximately 7:00 p.m., your deponent, acting in an undercover capacity as a purchaser of cocaine base went to apartment number 3 at 95 Central Avenue, Fredonia, New York for the purpose of meeting SALAS and purchasing a quantity of crack cocaine from SALAS. Upon entering the apartment, SALAS was present with two other females, one of whom left immediately.

3. Upon entering the apartment, after engaging in small talk with SALAS, I asked SALAS if she had my package and SALAS asked me

if I had her money. I told SALAS that the last package I purchased was light and that I was not going to give her any money until I examined the cocaine. At that point SALAS left the apartment and returned approximately three minutes later.

4. Upon returning to the apartment, SALAS had in her possession a black sock which she opened and which contained a clear plastic bag containing a quantity of tan chunky substance which appeared to be crack cocaine. SALAS opened the plastic bag and examined the tannish substance and presented the substance to me for my examination. SALAS also explained to me that the reason that the substance was in several chunks was that it broke while being removed from the container in which it was cooked. SALAS closed the plastic bag, put it back into the sock and handed it to me. At that point I began counting the money I was to pay SALAS for the crack cocaine. At that time SALAS was arrested by other officers and agents.

5. The gross weight of the black sock, plastic and suspected crack cocaine was approximately 120 grams. A field test was

performed on a portion of the tannish substance and was positive for the presence of cocaine.

Celestine Jackson

CELESTINE JACKSON
DEA Task Force Agent

Sworn to before me this 24th

day of June, 1994.

Carol E. Heckman

HONORABLE CAROL E. HECKMAN
United States Magistrate Judge