#7

*IN THE DISTRICT COURT OF THE UNITED STATES*

*For the Western District of New York*

NOVEMBER 1993 GRAND JURY
(Empaneled 11/5/93)

THE UNITED STATES OF AMERICA

-vs-

ROSA COLON a/k/a ALTAGRACIA PEREZ,
YRONELIS SALAS a/k/a "MILLIE"
a/k/a "CARMEN" and
JAIME VENTURA

94-CR-00123E

**Violation:**
Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK

By [signature]
Clerk

Original Filed 7-20-94

FILED
JUL 20 2 15 PM '94
U.S. DISTRICT COURT
W.D. OF N.Y.

**COUNT I**

**The Grand Jury Charges:**

On or about the 24th day of March, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT II**

**The Grand Jury Further Charges:**

On or about the 31st day of March, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and JAIME VENTURA, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute five (5) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT III**

**The Grand Jury Further Charges:**

On or about the 28th day of April, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT IV**

**The Grand Jury Further Charges:**

On or about the 5th day of May, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT V**

**The Grand Jury Further Charges:**

On or about the 12th day of May, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT VI**

**The Grand Jury Further Charges:**

On or about the 19th day of May, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute five (5) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT VII**

**The Grand Jury Further Charges:**

On or about the 25th day of May, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute fifty (50) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT VIII**

**The Grand Jury Further Charges:**

On or about the 9th day of June, 1994, at Fredonia, New York, in the Western District of New York, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ and JAIME VENTURA, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT IX**

**The Grand Jury Further Charges:**

On or about the 16th day of June, 1994, at Fredonia, New York, in the Western District of New York, the defendant, ROSA COLON a/k/a ALTAGRACIA PEREZ, did knowingly, intentionally and unlawfully possess with intent to distribute fifty (50) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT X**

**The Grand Jury Further Charges:**

On or about the 16th day of June, 1994, at Fredonia, New York, in the Western District of New York, the defendant, ROSA COLON a/k/a ALTAGRACIA PEREZ, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT XI**

**The Grand Jury Further Charges:**

On or about the 23rd day of June, 1994, at Fredonia, New York, in the Western District of New York, the defendant, YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute fifty (50) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT XII**

**The Grand Jury Further Charges:**

Between in or about January, 1994 and on or about the 23rd day of June, 1994, the exact dates being unknown, in the Western District of New York and elsewhere, the defendants, ROSA COLON a/k/a ALTAGRACIA PEREZ, YRONELIS SALAS a/k/a "MILLIE" a/k/a "CARMEN" and JAIME VENTURA, did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, fifty (50) grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

DATED: Buffalo, New York, July 20TH, 1994.

Patrick NeMoyer
PATRICK H. NeMOYER
United States Attorney

A TRUE BILL:

Dennis P. Grahn
FOREPERSON