CLOSED_2005, PRIOR

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK [LIVE] (Buffalo)
# CRIMINAL DOCKET FOR CASE #: 1:94-cr-00123-JTE-HKS-2
# Internal Use Only

Case title: USA v. Colon, et al
Magistrate judge case number: 1:94-mj-00079

Date Filed: 07/20/1994

---

Assigned to: Hon. John T. Elfvin
Referred to: USMJ Carol E. Heckman

**Defendant**

**Yronelis Salas** (2)
*TERMINATED: 12/06/2002*
*also known as*
"Millie"
*also known as*
"Carmen"

represented by **Robert J. Lee**
Robert J. Lee, Esq.
Eoannou & Lee
484 Delaware Ave
Buffalo, NY 14202
716-855-2889
*TERMINATED: 12/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841 POSSESSION, NARCOTICS and 18:2 (1) | Defendant is sentenced to the custody of the Bureau of Prisons for 37 months and 3 year Supervised Release (drug testing/treatment and warrantless searches) SPECIAL ASSESSMENT: $50 Voluntary Surrender |

**Highest Offense Level (Opening)**

Felony

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By [signature]
Deputy Clerk

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841 POSSESSION, NARCOTICS and Title 18:2 (1s) | Dismissed |
| 21:841 POSSESSION, NARCOTICS and 18:2 (3) | Dismissed |
| 21:841 POSSESSION, NARCOTICS | |

| | |
|---|---|
| and Title 18.2<br>(3ss) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and 18:2<br>(4) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and T. 18:2<br>(4sss) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and 18:2<br>(5) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and T.18:2<br>(5ssss) | Dismissed |
| 21:841 POSSESSION, NARCOTICS,<br>21:841 B1B-ACS and 18:2<br>(6) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and T.18:2<br>(6sssss) | Dismissed |
| 21:841 POSSESSION, NARCOTICS,<br>21:841 B1A-ACS and 18:2<br>(7) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>(10ssssss) | Dismissed |
| 21:841 POSSESSION, NARCOTICS<br>and 21:841 B1A-ACS<br>(11) | Dismissed |
| 21:846 CONTROLLED SUBSTANCE-<br>MANUFACTURE<br>(11sssssss) | Dismissed |
| 21:846 CONTROLLED SUBSTANCE-<br>MANUFACTURE, 21:841 .A1 and<br>21:841 B1A-ACS<br>(12) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **James P. Kennedy, Jr.**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5892
Fax: 716-551-5563
Email: JP.Kennedy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/1994 | | ARREST of Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 06/23/1994 | | **Added Government Attorney Joseph M. Guerra III as to Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 06/24/1994 | 1 | COMPLAINT as to Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 06/24/1994 | | Initial appearance as to Yronelis Salas held ;Preliminary Examination set for 10:00 7/6/94 for Yronelis Salas (Defendant informed of rights.) CJA Panel attorney assigned. Bail set in the amount of $50,000. Defendant remanded. AUSA J. Guerra; Robert Lee with defendant; Probation Officer T. Langelotti; Interpreter Hilda Berrios. [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 06/24/1994 | | Interpreter required as to Yronelis Salas Language: SPANISH [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 06/24/1994 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 06/29/1994) |
| 07/06/1994 | | Minute entry as to Yronelis Salas :, reset Preliminary Examination for 10:00 8/3/94. AUSA T. Duszkiewicz; Robert Lee w/defendant; Interpreter Marta Rodriguez-Perez. [ 1:94-m -79 ] (LP) (Entered: 07/12/1994) |
| 07/15/1994 | | Bond hearing as to Yronelis Salas held. Defendant signs surety bond, agreement to forfeit property in amount of $50,000. Sureties to sign bond and agreement to forfeit property in District of Rhode Island. Defendant remanded. AUSA J. Kennedy; Robert Lee w/defendant; Probation Ofcr C. Mangione; Interpreter Maria Camacho. [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |
| 07/15/1994 | | Telephone conference w/District of Rhode Island. Surety bond and agreement to forfeit property have been signed by sureties. Defendant may now be released. [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |
| 07/15/1994 | | **Location LR as to Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |

| | | |
|---|---|---|
| 07/15/1994 | 3 | SURETY BOND entered by Yronelis Salas in Amount $ 50,000 [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |
| 07/15/1994 | | AGREEMENT TO FORFEIT PROPERTY by Yronelis Salas [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |
| 07/15/1994 | | AGREEMENT TO FORFEIT PROPERTY by Yronelis Salas [ 1:94-m -79 ] (LLEW) (Entered: 07/20/1994) |
| 07/18/1994 | 4 | ORDER Setting Conditions of Release as to Yronelis Salas Bond set to $50,000 SURETY for Yronelis Salas. ( Signed by USMJ Carol E. Heckman ) [ 1:94-m -79 ] (LP) (Entered: 07/19/1994) |
| 07/19/1994 | | CASE reassigned to USMJ Carol E. Heckman Notice and copy to John F. Humann, James P. Kennedy Jr. [ 1:94-m -1081 ] (LP) (Entered: 07/19/1994) |
| 07/20/1994 | 7 | INDICTMENT as to Rosa Colon (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, Yronelis Salas (2) count(s) 1, 3, 4, 5, 6, 7, 11, 12, Jaime Ventura (3) count(s) 2, 8, 12 (Preliminary Examination cancelled.) (former empl) (Entered: 07/27/1994) |
| 07/20/1994 | | **Added Government Attorney James P. Kennedy Jr. as to Rosa Colon, Yronelis Salas, Jaime Ventura (former empl) (Entered: 07/27/1994) |
| 07/28/1994 | 8 | ORDER REFERRING CASE as to Rosa Colon, Yronelis Salas, Jaime Ventura to USMJ Carol E. Heckman for all pretrial matters and to file a report and recommendation for disposition pursuant to section 636(b)(1)(B) ( Signed by Senior USDJ John T. Elfvin ) Notice and copy to John F. Humann, James P. Kennedy Jr. (former empl) (Entered: 07/28/1994) |
| 07/28/1994 | | CASE REFERRED to USMJ Carol E. Heckman Notice and copy to (former empl) (Entered: 07/28/1994) |
| 07/29/1994 | 9 | Copy of CJA 20 as to Yronelis Salas : Appointment of Attorney Robert J. Lee Voucher # 0665390 ( Signed by USMJ Carol E. Heckman ) (former empl) (Entered: 08/02/1994) |
| 08/03/1994 | | Arraignment as to Rosa Colon, Yronelis Salas held; Interpreter Maria Camacho; defendants entered plea of not guilty to all counts; voluntary discovery to be completed by 8/24/94, motion filing 9/21/94, government's response by 10/5/94, argument on defendants' motions set for 10/12/94, 2:00; bail continues (former empl) (Entered: 08/05/1994) |
| 08/03/1994 | | Interpreter required as to Rosa Colon, Yronelis Salas Language: Spanish (former empl) (Entered: 08/05/1994) |
| 08/04/1994 | 14 | SCHEDULING ORDER as to Rosa Colon, Yronelis Salas setting Discovery cutoff 8/24/94 ; Pretrial dispositive and non-dispositive Motion Filing deadline on 9/21/94 ; Responses to Motions due on 10/5/94 ; Oral Argument deadline 2:00 10/12/94 ( Signed by USMJ Carol E. Heckman ) Notice and copy of order sent to Robert J. Lee, John F. Humann, James P. Kennedy Jr. (former empl) (Entered: 08/05/1994) |
| | | |

| | | |
|---|---|---|
| 08/15/1994 | | Argument on Motions as to Rosa Colon, Yronelis Salas, Jaime Ventura, set for 10:00 10/6/94 (former empl) (Entered: 08/16/1994) |
| 08/15/1994 | | **Terminated deadlines as to Rosa Colon, Yronelis Salas, Jaime Ventura (former empl) (Entered: 08/16/1994) |
| 09/20/1994 | 17 | NOTICE OF MOTION and MOTION by Yronelis Salas for Discovery , for Bill of Particulars , to Suppress evidence , for Leave to File motions , production of Brady material, etc. (former empl) (Entered: 09/23/1994) |
| 10/05/1994 | 22 | RESPONSE by USA as to Yronelis Salas re defendant's pretrial motions (former empl) (Entered: 10/06/1994) |
| 10/07/1994 | | Motion hearing held as to Yronelis Salas re: [19-1] notice motion for Discovery, [19-2] notice motion to Suppress evidence; discovery ongoing; suppression hearing scheduled for 10/27/94, 2:00 (CEH) (former empl) (Entered: 10/17/1994) |
| 10/07/1994 | | Suppression hearing as to Yronelis Salas set for 2:00 10/27/94 (CEH) (former empl) (Entered: 10/17/1994) |
| 10/19/1994 | 23 | SUPERSEDING INDICTMENT as to Rosa Colon (1) count(s) 1s, Yronelis Salas (2) count(s) 1s , Rosa Colon (1) count(s) 2s, Jaime Ventura (3) count(s) 2s , Rosa Colon (1) count(s) 3s, Yronelis Salas (2) count(s) 3s , Rosa Colon (1) count(s) 4s, Yronelis Salas (2) count(s) 4s , Rosa Colon (1) count(s) 5s, Yronelis Salas (2) count(s) 5s , Rosa Colon (1) count(s) 6s, Yronelis Salas (2) count(s) 6s , Rosa Colon (1) count(s) 7s, Jaime Ventura (3) count(s) 7s , Rosa Colon (1) count(s) 8s , Rosa Colon (1) count(s) 9s , Yronelis Salas (2) count(s) 10s , Rosa Colon (1) count(s) 11s, Yronelis Salas (2) count(s) 11s, Jaime Ventura (3) count(s) 11s (former empl) (Entered: 11/04/1994) |
| 10/27/1994 | | Suppression hearing as to Rosa Colon, adjourned to 2:00 11/3/94 (former empl) (Entered: 11/01/1994) |
| 11/03/1994 | | Arraignment as to Yronelis Salas held; Interpreter Maria Camacho; defendant entered plea of not guilty (CEH) (former empl) (Entered: 11/08/1994) |
| 12/21/1994 | 24 | ORDER as to Yronelis Salas, to Travel outside the WDNY ( Signed by USMJ Carol E. Heckman ) Notice and copy of order sent to Robert J. Lee, James P. Kennedy Jr., U S Probation (LK) (Entered: 12/28/1994) |
| 04/03/1995 | 26 | ORDER as to Rosa Colon, Yronelis Salas, Jaime Ventura, to exclude time Excludable type XE, XM Started on 10/04/94 Stopped on ( Signed by USMJ Carol E. Heckman ) Notice and copy of order sent to Julie Ann Dee, Robert J. Lee, John F. Humann, James P. Kennedy Jr. (DMS) (Entered: 04/05/1995) |
| 05/19/1995 | | PLEA of Guilty: Yronelis Salas (2) count(s) 1 Terminated motions [17-1] notice motion for Discovery as to Yronelis Salas (2), [17-2] notice motion for Bill of Particulars as to Yronelis Salas (2), [17-3] notice motion to Suppress evidence as to Yronelis Salas (2), [17-4] notice motion for Leave to File motions as to Yronelis Salas (2) ; Court accepts |

| | | |
|---|---|---|
| | | plea. (DMS) (Entered: 05/23/1995) |
| 05/19/1995 | | Sentencing set for 1:00 8/4/95 for Yronelis Salas (DMS) (Entered: 05/23/1995) |
| 06/15/1995 | 27 | TRANSCRIPT filed in case as to Yronelis Salas for dates of 5/19/95 (JMD) (Entered: 06/16/1995) |
| 06/30/1995 | 28 | STATEMENT by USA as to Yronelis Salas With Respect to Sentencing Factors. (DMS) (Entered: 07/10/1995) |
| 08/04/1995 | | Sentencing adjourned Sine Die - no appearances - JTE (DMS) (Entered: 08/09/1995) |
| 08/04/1995 | | **Terminated deadlines as to Yronelis Salas (DMS) (Entered: 08/09/1995) |
| 09/14/1998 | 51 | SEALED DOCUMENT (DMS) (Entered: 09/14/1998) |
| 09/14/1998 | 52 | SEALED DOCUMENT (ORDER) (DMS) (Entered: 09/14/1998) |
| 06/02/2000 | 53 | ORDER REFERRING CASE to USMJ H. K. Schroeder Jr. as to Rosa Colon, Yronelis Salas , ( Signed by Chief USDJ David G. Larimer ) Notice and copy to Robert J. Lee, John F. Humann, James P. Kennedy Jr. (DMS) (Entered: 06/08/2000) |
| 06/02/2000 | | CASE REFERRED to USMJ H. K. Schroeder Jr. (DMS) (Entered: 06/08/2000) |
| 12/08/2000 | | Sentencing adjourned from 12/08/00 and reset for 1:00 on 1/5/01 for Yronelis Salas JTE (DMS) (Entered: 12/12/2000) |
| 12/08/2000 | | **Terminated deadlines as to Rosa Colon, Yronelis Salas, Jaime Ventura (DMS) (Entered: 12/12/2000) |
| 01/04/2001 | | AMENDED NOTICE: Sentencing set for 1:00 2/23/01 for Yronelis Salas JTE (DMS) (Entered: 01/04/2001) |
| 01/05/2001 | | Minute entry as to Yronelis Salas: reset Sentencing for 1:00 2/23/01 JTE (DMS) (Entered: 01/08/2001) |
| 01/26/2001 | | AMENDED NOTICE: Sentencing is adjourned sine die re: Yronelis Salas JTE (DMS) (Entered: 01/29/2001) |
| 01/26/2001 | | **Terminated deadlines as to Yronelis Salas (DMS) (Entered: 01/29/2001) |
| 02/23/2001 | 57 | Minute entry as to Yronelis Salas: Sentencing is adjourned sine die - JTE (DMS) (Entered: 03/02/2001) |
| 07/09/2002 | | Sentencing set for 1:00 on 9/27/02 for Yronelis Salas (2) count(s) 3ss, 4sss, 5ssss, 6sssss, 10ssssss, 11sssssss. (DLC) (Entered: 07/10/2002) |
| 09/27/2002 | 58 | Sentencing adjourned to 1:00pm on 10/18/02 for Yronelis Salas (2) count (s) 1, no appearances. JTE (JMD) (Entered: 10/07/2002) |
| | | |

| | | |
|---|---|---|
| 10/18/2002 | 59 | Sentencing adjourned to 1:00pm on 11/1/02 for Yronelis Salas , (2) count (s) 1, no appearances. JTE (JMD) (Entered: 10/22/2002) |
| 11/01/2002 | 60 | Sentencing adjourned to 1:00pm on 11/15/02 for Yronelis Salas , (2) count(s) 1, no appearances. JTE (JMD) (Entered: 11/07/2002) |
| 11/15/2002 | 62 | Sentencing held Yronelis Salas (2) count(s) 1. Defendant is sentenced to the custody of the Bureau of Prisons for 37 months and 3 year Supervised Release (drug testing/treatment and warrantless searches) SPECIAL ASSESSMENT: $50 Voluntary Surrender (SG) (Entered: 11/20/2002) |
| 11/18/2002 | 61 | MOTION by USA as to Yronelis Salas SEALED MOTION (DMS) (Entered: 11/19/2002) |
| 12/06/2002 | 63 | JUDGMENT as to Yronelis Salas (2) count(s) 1. Defendant is sentenced to the custody of the Bureau of Prisons for 37 months and 3 year Supervised Release (drug testing/treatment and warrantless searches) SPECIAL ASSESSMENT: $50 Voluntary Surrender ( Signed by Senior USDJ John T. Elfvin ) Notice and copy to Robert J. Lee, James P. Kennedy Jr. US Marshal US Probation Debt Collection (JMD) (Entered: 12/09/2002) |
| 12/06/2002 | | DISMISSAL of Count(s) on Government Motion as to Yronelis Salas (2) count(s) 1s, 3ss, 3, 4sss, 4, 5ssss, 5, 6sssss, 6, 7, 10ssssss, 11sssssss, 11, 12 (JMD) (Entered: 12/09/2002) |
| 01/11/2005 | | ***Case Terminated. (DLC) (Entered: 01/12/2005) |
| 04/04/2007 | 66 | Probation Jurisdiction Transferred to District of Rhode Island as to Yronelis Salas Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (JDK, ) (Entered: 04/04/2007) |